**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6530

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

COLLIN HAWKINS, a/k/a Colin Hawkins,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:10-cr-00004-JPJ-1)

Submitted:  October 13, 2022                          Decided:  October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Collin Hawkins, Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Collin Hawkins appeals the district court's order denying his self-styled "Motion to Correct a Clerical Error." We have reviewed the record and find no error. Accordingly, we affirm the district court's order. *United States v. Hawkins*, No. 2:10-cr-00004-JPJ-1 (W.D. Va. Apr. 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*